UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

Trustees of the
BRICKLAYERS PENSION TRUST FUND -
METROPOLITAN AREA *et al.,*

    Plaintiffs,

v.

EVERLAST MASONRY, INC./
DRKK DEVELOPMENT, LLC, alter egos,

    Defendants.

USDC Case No. 09-11290
HON. PATRICK J. DUGGAN

_____

**JOINT STIPULATION FOR ADMINISTRATIVE CLOSING DUE TO BANKRUPTCY**

NOW COME the parties[1] to this suit, by and through their attorneys,[2] and submit this joint stipulation and proposed order in response to the Court's Order to Provide Status, dated January 11, 2011.

---

[1] Plaintiffs Bricklayers Pension Trust Fund - Metropolitan Area; Bricklayers and Trowel Trades International Pension Fund; Bricklayers and Trowel Trades International Retirement Savings Plan; Bricklayers Holiday Trust Fund, Metropolitan Area; Trowel Trades Health and Welfare Fund; Detroit and Vicinity; Bricklayers International Masonry Institute; Detroit Metropolitan Masonry Joint Apprenticeship and Training Committee; Masonry Promotion Fund; and Labor-management Cooperation Committee; are herein referred to as "Bricklayers Funds."

Plaintiffs Laborers Pension Trust Fund - Detroit and Vicinity; Laborers' Vacation and Holiday Trust Fund - Detroit And Vicinity; Laborers Metropolitan Detroit Health and Welfare Fund; Laborers' Annuity Fund - Detroit and Vicinity; and Michigan Laborers Training Fund, are herein referred to as "Laborers Funds."

1

WHEREFORE, the parties jointly and respectfully request that the Court enter the proposed order, attached.

Respectfully submitted,

| | |
|---|---|
| SACHS WALDMAN PC | CLARK HILL PLC |
| By:   s/ Amy Bachelder | By: _____ |
|     AMY BACHELDER (P26401) |     DANIEL J. BRETZ (P70035) |
|     Attorneys for Plaintiffs Laborers Funds |     Attorneys for Defendant Everlast Masonry, Inc |
|     1000 Farmer Street |     500 Woodward Avenue Suite 3500. |
|     Detroit, MI 48226 |     Detroit, MI 48226 |
|     Telephone (313) 965-3464 |     Telephone (313) 965-8300 |
|     Email: abachelder@sachswaldman.com |     Email:dbretz@clarkhill.com |
| | |
| PLUNKETT COONEY | NOVARA TESIJA PLLC |
| By: _____ | By:   s/ Brett Huebner w/ perm AB |
|     STANLEY C. MOORE, III (P23358) |     BRETT HUEBNER (P61911) |
|     Attorney for Defendant DRKK Development, LLC |     Attorneys for Plaintiffs Bricklayers Funds |
|     38595 Woodward Avenue Suite 2000 |     2000 Town Center Suite 2370 |
|     Bloomfield Hills, MI 48304 |     Southfield, MI 48075 |
|     (248) 901-4089 |     (248) 354-0380 |
|     Email:smoore@plunkettcooney.com |     Email: bhuebner@novaratesija.com |

Dated: February 1, 2011

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRUSTEES OF THE BRICKLAYERS' PENSION
TRUST FUND-METROPOLITAN AREA, *et al*,

    Plaintiffs,

v

EVERLAST MASONRY, INC. and DRKK
DEVELOPMENT, LLC

    Defendants.
_____/

Civil Case No. 09-11290

Hon. Patrick J. Duggan

**ORDER FOR ADMINISTRATIVE CLOSING**
**DUE TO BANKRUPTCY STAY**

This matter having come on to be heard upon the advice of counsel for Plaintiffs that Everlast Masonry, Inc. filed a Petition under Chapter 7 of the United States Bankruptcy Code on March 5, 2010, *In re: Everlast Masonry, Inc.*, Case No. 10-46858, in the United States Bankruptcy Court for the Eastern District of Michigan, Southern Division (see Notice of Commencement of Chapter 7 Bankruptcy Case, filed herein as Docket No. 40), and that DRKK Development, Inc. filed a Petition under Chapter 7 of the United States Bankruptcy Code on March 30, 2010, *In re: DRKK Development, Inc.*, Case No. 10-50248, in the United States Bankruptcy Court for the Eastern District of Michigan, Southern Division (see Notice of Commencement of Chapter 7 Bankruptcy Case, filed herein as Docket No. 41) and pursuant to U.S.C. §362 (a) these proceedings are automatically stayed.

    NOW, THEREFORE,

    IT IS HEREBY ORDERED that:

    1.    This case is closed for administrative purposes without prejudice.

    2.    This closing does not constitute a dismissal or a decision on the merits.

    3.    In the event the bankruptcy stay is lifted or otherwise modified as to these proceedings, this case may be reopened on motion of any party.

    s/Patrick J. Duggan
    Patrick J. Duggan
    United States District Judge

Dated: February 3, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record on February 3, 2011, by electronic and/or ordinary mail.

    s/Marilyn Orem
    Case Manager